```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


DAVID TOMPKINS; individually and  )
on behalf of members of the       )   2:11-cv-0703-GEB-EFB
general public similarly          )
situated, and as aggrieved        )
employees pursuant to the         )   RELATED CASE ORDER
Private Attorney General Act      )
("PAGA"),                         )
                                  )
               Plaintiff,         )
                                  )
          v.                      )
                                  )
C&S WHOLESALE GROCERS, INC., a    )
Vermont corporation; TRACY        )
LOGISTICS, LLC, an unknown        )
business entity; and DOES 1       )
through 100, inclusive,           )
                                  )
               Defendants.        )
_____  )
DAVID TOMPKINS; individually and  )
on behalf of members of the       )   2:11-cv-2836-KJM-CKD
general public similarly          )
situated, and as aggrieved        )
employees pursuant to the         )
Private Attorney General Act      )
("PAGA"),                         )
                                  )
               Plaintiff,         )
                                  )
          v.                      )
                                  )
C&S WHOLESALE GROCERS, INC., a    )
Vermont corporation; TRACY        )
LOGISTICS, LLC, an unknown        )
business entity; and DOES 1       )
through 100, inclusive,           )
                                  )
               Defendants.        )
_____  )
```

1

      Defendants filed a "Notice of Related Case" document in which they state: "[t]he instant case was previously removed by C&S[ and t]he Court entered an Order remanding the case[.]" (ECF No. 4.) "Based upon information received in Plaintiff's discovery responses, Defendants have sought to remove the case [again]." Id.

      Examination of the above-entitled actions reveals they are related within the meaning of Local Rule 123. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Therefore, action 2:11-cv-2836 is reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Brennan for all further proceedings, and any date currently set in the reassigned case is VACATED. Henceforth the caption on any document filed in the reassigned case shall show the initials "GEB-EFB."

      Further, a Status Conference is scheduled in 2:11-cv-2836 before the undersigned judge on March 12, 2012, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.

      The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: December 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2